2008 entry and relators' motion to strike respondent city of Cleveland's motion for clarification,

The court denies respondent city of Cleveland's motion for clarification. This renders moot relators' motion to strike respondent city of Cleveland's motion for clarification.

The court grants relators' motion for clarification and orders as follows:

It is ordered that respondents immediately comply with the writ by paying the city's construction-equipment operators and master mechanics the difference between the prevailing-wage rates set forth in the Construction Employers Association Building Agreement between the International Union of Operating Engineers, Local 18 and its branches, and the Construction Employers Association and the lower rates that they have been paid for the period beginning April 11, 2007 and thereafter as long as there is no collective bargaining agreement and the Cleveland Charter requires paying those employees the prevailing-wage rates.

**2007–2295. State v. Hoover.**
Union App. No. 14–07–11, 173 Ohio App.3d 487, 2007-Ohio-5773. Motion for admission pro hac vice of Michael Dominic Meuti by William P. Marshall granted.

**2008–0200. Olympic Holding Co., L.L.C. v. ACE Ltd.**
Franklin App. No. 07AP–168, 2007-Ohio-6643. On motion to dismiss appeal as improvidently granted or, in the alternative, motion to strike portions of appellants' merit brief. Motion denied.

**2008–0212. Williams v. Lazaroff.**
Pickaway App. No. 07CA36. On appellant's motion to vacate void sentence and appellee's motion to strike motion to vacate void sentence. Motion to vacate denied. Motion to strike denied as moot.

**2008–0782. State ex rel. Miles v. Piketon.**
In Mandamus. On respondents' answer and motion for judgment on the pleadings. Sua sponte, an alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relators shall file a brief within 30 days of the date of this entry; respondents shall file a brief within 20 days after the filing of relators' brief; and relators may file a reply brief within seven days after filing of respondents' brief.

**2008–1233. State v. Ustaszewski.**
Lucas App. No. L–05–1226, 2006-Ohio-329. On motion for leave to file delayed appeal. Motion denied.

**2008–1234. Rogers v. Planned Parenthood Cincinnati Region.**
Certified Questions of State Law, United States Court of Appeals for the Sixth Circuit, Nos. 06–4422 and 06–4423. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the following questions:

1) Does R.C. 2919.123 mandate that physicians in Ohio who perform abortions using mifepristone do so in compliance with the forty-nine-day gestational limit described in the FDA approval letter?

2) Does R.C. 2919.123 mandate that physicians in Ohio who perform abortions using mifepristone do so in compliance with the treatment protocols and dosage indications described in the drug's final printed labeling?

LUNDBERG STRATTON, J., dissents.

Motions for admission pro hac vice of Roger K. Evans and Helene K. Krasnoff by Jennifer L. Branch granted.

**2008–1235. State v. Koller.**
Cuyahoga App. No. 89606, 2008-Ohio-806. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and CUPP, JJ., dissent.

**2008–1241. State v. Armstrong.**
Cuyahoga App. No. 89995, 2008-Ohio-2184. On review of order certifying a conflict. The court determines that a conflict exists.

Sua sponte, the cause is held for the decisions in 2007–0693, *State v. Bloomer*, Fulton App. No. F–